[No. 19122-9-II.    Division Two.    December 6, 1996.]

MIKE E. STEVENSON, ET AL., *Respondents*, v.
SCHULLER INTERNATIONAL, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-01262-8, Vicki L. Hogan, J., entered January 6, 1995. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 19234-9-II.    Division Two.    December 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN LEE MAAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-03082-7, Thomas A. Swayze, J., entered February 16, 1995. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 19238-1-II.    Division Two.    December 6, 1996.]

JAMES W. BUNCH, *Appellant*, v. STEVEN WELLS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 94-2-00333-6, F. Mark McCauley, J., entered February 16, 1995. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Turner and Armstrong, JJ.

[No. 19608-5-II.    Division Two.    December 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMMY LEE FOUST, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-00226-1, Nile E. Aubrey, J., entered May 24, 1995. *Affirmed* by unpublished opinion per Turner, J., concurred in by Houghton, A.C.J., and Morgan, J.